**31** In the Matter of MALACHI H., a Child Alleged to be Neglected. DEQUISA H., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [2 NYS3d 482]—

Order of disposition, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about February 20, 2014, to the extent it brings up for review a fact-finding order (same court and Judge), entered on or about December 5, 2013, which, after a hearing, determined that respondent neglected the subject child, unanimously affirmed, without costs. Appeal from the fact-finding order, unanimously dismissed, without costs, as subsumed in the appeal from the order of disposition.

The finding of neglect is supported by a preponderance of the evidence, which demonstrates that respondent left her then two-year-old son alone in her apartment for an hour and that he was discovered in the hallway outside the apartment while she was out (*see* Family Ct Act § 1046 [b] [i]). Respondent's conduct placed her son in imminent danger of physical or emotional harm, and constitutes neglect, notwithstanding that the child was unharmed (*see* Family Ct Act § 1012 [f] [i] [B]; *Matter of Rosemary V. [Jorge V.]*, 103 AD3d 484 [1st Dept 2013]).

Since respondent made no application for dismissal pursuant to Family Court Act § 1051 (c), her contention that the court should have dismissed the petition because the aid of the court was no longer required is unpreserved, and we decline to consider it (*see Matter of Cherish C. [Shanikwa C.]*, 102 AD3d 597 [1st Dept 2013]). Were we to consider it, we would reject it. Concur—Sweeny, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.